IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15CR00015-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM EARL WARREN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order to Release Property:

IT IS ORDERED that the Goldsboro Police Department turn over funds recovered from William Earl Warren, Jr., in the amount of $887.00, to the United States District Court for the Eastern District of North Carolina.

IT IS FURTHER ORDERED that the financial section of United States District Court Clerk's Office disburse said funds to the victim in this case and apply credit only to the restitution balance owed by Joseph Decore Simms, Case No. 4:15-CR-10-001BO, as Defendant William Earl Warren already received credit for these funds.

SO ORDERED, this _16_ day of _February_, 2016.

_____
United States District Judge